Commonwealth *v.* Braker, Appellant.

Submitted June 14, 1971. *Jonathan D. Herbst,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District At-

torney, *William T. Nicholas,* Executive Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.